ISADORE COHEN et al., Appellants, *v.* SAMUEL LIPSTEIN, Respondent.

(Submitted March 22, 1929; decided April 16, 1929.)

*Peter Cantline* and *Maurice Cohen* for appellants.
*Charles W. U. Sneed* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.,